

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-16-00593-CV

Alvin M. **BURNS** and I.M. Burns,
Appellants

v.

**DIMMIT COUNTY, TEXAS**, Roberto Ramirez, and Edward Dryden, Eusebio Cantu Torres, Eusebio Torres, Jr., Gladiator Energy Services, LLC, Hope Balderas, Juan Morales Balderas, and Lucia Balderas Lopez,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

## O R D E R

Appellants Alvin Burns and I.M. Burns have filed a motion for access to the sealed portion of the appellate record for use in preparing the separate appellee's brief addressing the attorney disqualification issue. The motion is GRANTED. It is ORDERED that counsel for the appellants may appear in person at the Court during normal business hours to review the sealed reporter's record filed on December 27, 2017. No portion of the sealed record may be copied or removed from the Court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court